417 U.S. 187
 94 S.Ct. 2594
 40 L.Ed.2d 754
 Cale J. HOLDER, United States District Judge for the Southern District of Indiana, Petitioner,
v.
Arthur BANKS.
 No. 73-841.
 Supreme Court of the United States
 May 28, 1974
 
 Karl J. Stipher, Indianapolis, Ind., for petitioner.
 Morton Stavis, New York City, for respondent.
 On Writ of Certiorari to the United States Court of Appeals for the Seventh Circuit.
 PER CURIAM.
 
 
 1
 The petition for certiorari is dismissed as improvidently granted.
 
 
 2
 Mr. Justice POWELL took no part in the consideration or decision of this case.